THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD KAVAZANJIAN, Appellant.

Contrary to the defendant's contentions, the record reveals that the lineup procedure employed by the police was not suggestive (see, People v Jeter, 130 AD2d 765, lv denied 70 NY2d 751). Moreover, the record further supports the court's determination that there was an independent basis for the complainant's identification (see, e.g., People v Adams, 53 NY2d 241; People v Smalls, 112 AD2d 173). Mollen, P. J., Mangano, Brown and Kunzeman, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMAN LITTLE, Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, J. P., Kunzeman, Rubin and Harwood, JJ., concur.